

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

William Alexander Glass a/k/a
Bill Glass,

\* From the 39th District
Court of Haskell County,
Trial Court No. 6417.

Vs. No. 11-12-00011-CR

\* January 30, 2014

The State of Texas,

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.